**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JAN 2 0 2026

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CR. NO. 26-172 JB |
| vs. | ) |
| **JUSTIN HUNT**, | ) |
| Defendant. | ) |

## WAIVER OF INDICTMENT

I, Justin Hunt, the above named Defendant, who is accused of violating 18 U.S.C. § 1951(a), that being Conspiracy to Commit Interference with Commerce by Extortion Under Color of Official Right, and being advised of the nature of the charge, the Information, and of my rights, hereby waive in open Court on January 20, 2026, prosecution by Indictment and consent to proceeding by Information rather than by Indictment.

_____
JUSTIN HUNT
Defendant

_____
RYAN VILLA
Attorney for Defendant

Before:

_____
HONORABLE KAREN B. MOLZEN
UNITED STATES MAGISTRATE JUDGE