# PLEA MINUTE SHEET
## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

| CR 26-172 JB | UNITED STATES vs. HUNT |
|---|---|

### Before The Honorable Karen B. Molzen, United States Magistrate Judge

| Hearing Date: | January 20, 2026 | Time In and Out: | 1:27 pm -1:56 pm |
|---|---|---|---|
| Clerk: | Kim | Digital Recording: | ABQ-Rio Grande |
| Defendant: | Justin Hunt | Defendant's Counsel: | Ryan Villa |
| AUSA: | Shana Long & Katherine Lewis | Interpreter: | N/A    ☐ Sworn  ☐ Waived |

| | |
|---|---|
| ☒ Defendant Sworn | ☒ First Appearance |
| ☒ Consent to proceed before a magistrate judge executed with full knowledge of meaning and effect. | |
| ☒ Deft acknowledges receipt of: **Information** | |
| ☒ If Deft proceeding by way of information, Deft acknowledges right to an indictment and waives that right. | |
| ☒ Terms and conditions of proposed plea agreement explained. | ☒ Defendant indicates understanding of its terms. |
| ☒ Factual predicate to sustain the plea provided. | |
| ☒ Deft questioned re Deft's age, education, physical/mental condition, and whether under the influence of alcohol, drugs, or any medication. Deft advised of charge(s), penalties and possible consequences of the plea. | |
| ☒ Deft advised of constitutional rights, loss of rights, and maximum possible penalties (including imprisonment, fine, supervised release, probation, SPA, restitution, and any forfeitures). | |
| ☒ Deft questioned re time to consult with attorney and if satisfied with his or her representation. | |
| ☒ Court finds Deft fully understands charge(s) and the consequences of entering a guilty plea to that charge (or those charges). | |
| ☒ Deft pleads GUILTY to: **Information** | |
| ☒ Allocution by Deft on elements of charge(s). | |
| ☒ Court finds plea freely, voluntarily, and intelligently made; plea of guilty accepted. | |
| ☒ Deft adjudged guilty. | |
| ☒ Acceptance of plea agreement deferred until final disposition hearing by district judge. | |
| ☒ Sentencing Date: **to be notified** | |
| ☐ Defendant to Remain in Custody | |
| ☒ Present conditions of release continued | ☐ Conditions changed to: |
| ☒ Penalty for failure to appear explained | |
| ☒ Presentence Report Ordered | ☐ Expedited (Type III) |
| Other Matters: | |