IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

       Plaintiff,

v.                                  No. 1:26-cr-00172-KG

JUSTIN HUNT,

       Defendant.

## UNOPPOSED MOTION TO CONTINUE SENTENCING AND EXTEND SENTENCING DEADLINES

Defendant Justin Hunt, through counsel The Law Office of Ryan J. Villa, by Ryan J. Villa, respectfully moves the Court to continue the Sentencing currently set for September 15, 2026 and extend sentencing deadlines for ninety (90) days. As grounds for this Motion, Defendant states:

1. This matter has been set for sentencing on September 15, 2026. *See* Sentencing Guideline Order [Doc. 17].

2. On July 10, 2026, counsel requested and received a redisclosure of approximately 159,194 files of discovery originally produced by the United States on April 22, 2026. The redisclosure was due to an issue with the bates numbering.

3. On July 13, 2026, counsel received discovery from the United States that included approximately 201,821 files.

4. On August 5, 2026, counsel received discovery from the United States that included approximately 217,724 files.

5. In total, the files produced by the United States contain approximately 500 gigabytes of discovery to date, which contains approximately 1,016,359 pages of discovery. The United States is finalizing its discovery production, to include providing an additional approximate three terabytes of discovery, which is primarily media.

6.    Additionally, undersigned counsel began a criminal trial in *United States v. Sheryl Stapleton*, 1:24-cr-00375-JB on  August 3, 2026 that is expected to last two weeks until August 14, 2026.

7.    Further, undersigned counsel begins a criminal trial on September 14, 2026 in *State v. David Gabaldon*, D-202-CR-2025-02616.

8.    Accordingly, counsel needs additional time to review the recently disclosed discovery, confer with USPO Wade Miller and Mr. Hunt, draft and file sentencing memoranda, and prepare for sentencing.

9.    Counsel respectfully requests this matter be vacated and rescheduled for ninety (90) days after September 15, 2026.

10.    Counsel contacted Assistant United States Attorney Shana B. Long, regarding this Motion, and she indicated that the Government does not oppose this request.

11.    Counsel contacted Supervisory United States Probation Officer Wade Miller, regarding this Motion, and he indicated he does not oppose this request.

WHEREFORE, counsel for Defendant respectfully requests this Court enter an order continuing the Sentencing currently set for September 15, 2026 and extend sentencing deadlines by ninety (90) days.

Respectfully submitted,

*/s/ Ryan J. Villa*
RYAN J. VILLA
The Law Office of Ryan J. Villa
5501 Eagle Rock Ave. NE Suite C2
Albuquerque, NM 87113
Phone: (505) 639-5709
ryan@rjvlawfirm.com

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 6, 2026, the foregoing was filed electronically through the Court's E-File system, which caused all parties through counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

*/s/ Ryan J. Villa*